74, sec. 2. This section was not applicable as it applies only to "written instruments stipulating for the payment of money * * *." (ILP, *Interest,* sec. 22.) The applicable statute is Ill. Rev. Stat., ch. 74, sec. 3, by which interest would commence running at six per cent from the date of entry of judgment, October 21, 1970. Accordingly, this part of the judgments must be reversed and remanded to enter judgments in accordance with this opinion.

Judgments affirmed in part, reversed in part and cause remanded to enter judgments in accordance with this opinion.

TRAPP, P. J., and SMITH, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD OWENS, Defendant-Appellant.

(No. 55786; ▮▮▮▮▮▮▮)

First District—April 17, 1972.

Opinion by Mr. JUSTICE BURKE.

Jenner & Block, of Chicago, (Michael P. Seng, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Daniel J. Pierce, Assistant State's Attorneys, of counsel,) for the People.